Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 18–11010–RG
          Chapter: 13
          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   April S Ellis
   24 Rector Place
   Bloomfield, NJ 07003

Social Security No.:
   xxx–xx–4051

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 9, 2018.

On 04/10/2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date: May 15, 2019
Time: 08:30 AM
Location: Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: April 11, 2019
JAN: ntp

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                      Case No. 18-11010-RG
April S Ellis                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin           Page 1 of 2           Date Rcvd: Apr 11, 2019
                        Form ID: 185          Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2019.
```
db          +April S Ellis,    24 Rector Place,    Bloomfield, NJ 07003-4031
517282804   +Austin Capital Bank,    8100 Shoal Creek Blvd,    Austin, TX 78757-8041
517282805   +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
517282809   +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
517732581    Shellpoint Mortgage Servicing,    P.O. Box 10675,    Greenville, SC  29603-0675
517732582    Shellpoint Mortgage Servicing,    P.O. Box 10675,    Greenville, SC  29603-0675,
             Shellpoint Mortgage Servicing,    P.O. Box 10675,    Greenville, SC  29603-0675
517282810   +Target,    C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
517282811   +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Apr 12 2019 00:10:03      U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 12 2019 00:09:58      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
517411643   +E-mail/Text: g20956@att.com Apr 12 2019 00:10:33      AT&T Mobility II LLC,    c/o AT&T Services,
             Karen A. Cavagnaro-Lead Paralegal,    One AT&T Way, Roo 3A104,    Bedminster, NJ 07921-2693
517282801   +E-mail/Text: EBNProcessing@afni.com Apr 12 2019 00:10:12      Afni,    Attn: Bankruptcy,
             Po Box 3097,    Bloomington, IL 61702-3097
517282802   +E-mail/Text: ally@ebn.phinsolutions.com Apr 12 2019 00:08:43      Ally Financial,
             Attn: Bankruptcy,    Po Box 380901,    Bloomington, MN 55438-0901
517322013    E-mail/Text: ally@ebn.phinsolutions.com Apr 12 2019 00:08:43      Ally Financial,
             PO Box 130424,    Roseville MN 55113-0004
517282803   +E-mail/Text: bnc-aquafinance@quantum3group.com Apr 12 2019 00:10:33      Aqua Finance Inc,
             1 Corporate Dr,    Wausau, WI 54401-1724
517282806   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 12 2019 00:15:20      Capital One,
             Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517396628   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 12 2019 00:28:25      Directv, LLC,
             by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517282807   +E-mail/Text: bankruptcy.bnc@ditech.com Apr 12 2019 00:09:25      Ditech,    Attn: Bankruptcy,
             Po Box 6172,    Rapid City, SD 57709-6172
517333864   +E-mail/Text: bankruptcy.bnc@ditech.com Apr 12 2019 00:09:25      Ditech Financial LLC,
             PO Box 6154,    Rapid City SD 57709-6154
517403854    E-mail/PDF: resurgentbknotifications@resurgent.com Apr 12 2019 00:17:39
             LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517282808   +E-mail/Text: bkpioneer@pioneerservices.com Apr 12 2019 00:09:54      Pioneer Military Loans,
             4700 Belleview Ave Suite 300,    Kansas City, MO 64112-1359
517396198    E-mail/Text: bnc-quantum@quantum3group.com Apr 12 2019 00:09:50
             Quantum3 Group LLC as agent for,    Aqua Finance Inc,    PO Box 788,    Kirkland, WA  98083-0788
517415664   +E-mail/Text: bncmail@w-legal.com Apr 12 2019 00:10:13      TD Bank USA, N.A.,
             C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517392932   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 12 2019 00:16:57      Verizon,
             by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          Ally Financial,    PO Box 130424,    Roseville, MN  55113-0004
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Apr 11, 2019
                              Form ID: 185             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2019 at the address(es) listed below:

```
          John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    DITECH FINANCIAL LLC kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    New Penn Financial LLC d/b/a Shellpoint Mortgage
           Servicing rsolarz@kmllawgroup.com
          Stuart D. Gavzy    on behalf of Debtor April S Ellis stuart@gavzylaw.com,
           lesliebrown.paralegal@gmail.com;gavzysr82824@notify.bestcase.com
          Stuart David Gavzy    on behalf of Debtor April S Ellis stuart.gavzy@gmail.com,
           lesliebrown.paralegal@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```