Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                    Case No.: 18−11010−RG
                                    Chapter: 13
                                    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   April S Ellis
   24 Rector Place
   Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−4051

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/21/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 21, 2019
JAN: slm

                                                                         Jeanne Naughton
                                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-11010-RG
April S Ellis                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: May 21, 2019
                              Form ID: 148             Total Noticed: 24

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2019.
db             +April S Ellis,    24 Rector Place,    Bloomfield, NJ 07003-4031
517282804      +Austin Capital Bank,    8100 Shoal Creek Blvd,    Austin, TX 78757-8041
517282809      +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
517732581       Shellpoint Mortgage Servicing,    P.O. Box 10675,    Greenville, SC  29603-0675
517732582       Shellpoint Mortgage Servicing,    P.O. Box 10675,    Greenville, SC  29603-0675,
                Shellpoint Mortgage Servicing,    P.O. Box 10675,    Greenville, SC  29603-0675
517282811      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 21 2019 23:57:58      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 21 2019 23:57:57      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517411643      +EDI: CINGMIDLAND.COM May 22 2019 03:23:00      AT&T Mobility II LLC,    c/o AT&T Services,
                Karen A. Cavagnaro-Lead Paralegal,    One AT&T Way, Roo 3A104,    Bedminster, NJ 07921-2693
517282801      +EDI: AFNIRECOVERY.COM May 22 2019 03:23:00      Afni,    Attn: Bankruptcy,    Po Box 3097,
                Bloomington, IL 61702-3097
517282802      +EDI: GMACFS.COM May 22 2019 03:23:00      Ally Financial,    Attn: Bankruptcy,    Po Box 380901,
                Bloomington, MN 55438-0901
517322013       EDI: GMACFS.COM May 22 2019 03:23:00      Ally Financial,    PO Box 130424,
                Roseville MN 55113-0004
517282803      +EDI: AQUAFINANCE.COM May 22 2019 03:23:00      Aqua Finance Inc,    1 Corporate Dr,
                Wausau, WI 54401-1724
517282805      +EDI: TSYS2.COM May 22 2019 03:23:00      Barclays Bank Delaware,    100 S West St,
                Wilmington, DE 19801-5015
517282806      +EDI: CAPITALONE.COM May 22 2019 03:23:00      Capital One,
                Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517396628      +EDI: AIS.COM May 22 2019 03:23:00      Directv, LLC,    by American InfoSource LP as agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517282807      +E-mail/Text: bankruptcy.bnc@ditech.com May 21 2019 23:57:35      Ditech,    Attn: Bankruptcy,
                Po Box 6172,    Rapid City, SD 57709-6172
517333864      +E-mail/Text: bankruptcy.bnc@ditech.com May 21 2019 23:57:35      Ditech Financial LLC,
                PO Box 6154,    Rapid City SD 57709-6154
517403854       EDI: RESURGENT.COM May 22 2019 03:23:00      LVNV Funding, LLC its successors and assigns as,
                assignee of MHC Receivables, LLC,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
517282808      +E-mail/Text: bkpioneer@pioneerservices.com May 21 2019 23:57:54      Pioneer Military Loans,
                4700 Belleview Ave Suite 300,    Kansas City, MO 64112-1359
517396198       EDI: Q3G.COM May 22 2019 03:23:00      Quantum3 Group LLC as agent for,    Aqua Finance Inc,
                PO Box 788,    Kirkland, WA  98083-0788
517415664      +E-mail/Text: bncmail@w-legal.com May 21 2019 23:58:06      TD Bank USA, N.A.,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517282810      +EDI: WTRRNBANK.COM May 22 2019 03:23:00      Target,    C/O Financial & Retail Srvs,
                Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
517392932      +EDI: AIS.COM May 22 2019 03:23:00      Verizon,    by American InfoSource LP as agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            Ally Financial,    PO Box 130424,    Roseville, MN  55113-0004
                                                                                    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2019                                      Signature:  /s/Joseph Speetjens

```
District/off: 0312-2              User: admin                  Page 2 of 2                  Date Rcvd: May 21, 2019
                                  Form ID: 148                 Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2019 at the address(es) listed below:
              John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    DITECH FINANCIAL LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    New Penn Financial LLC d/b/a Shellpoint Mortgage
               Servicing rsolarz@kmllawgroup.com
              Stuart D. Gavzy    on behalf of Debtor April S Ellis stuart@gavzylaw.com,
               lesliebrown.paralegal@gmail.com;gavzysr82824@notify.bestcase.com
              Stuart David Gavzy    on behalf of Debtor April S Ellis stuart.gavzy@gmail.com,
               lesliebrown.paralegal@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```